UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAVIN TEEKASINGH,
A# 041-064-293,

    Petitioner,

v.                                         4:15cv492-WS/CAS

LORETTA LYNCH, et al.,

    Respondents.

_____

ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (doc. 5) docketed December 28, 2015. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed for failure to prosecute and to comply with an order of the court.

Upon review of the record, this court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and

incorporated by reference in this order of the court.

    2. The petitioner's petition for writ of habeas corpus is hereby DISMISSED for failure to prosecute and to comply with an order of the court.

    4.  The clerk shall enter judgment stating: "All claims are DISMISSED."

    DONE AND ORDERED this     27th     day of     January    , 2016.

                                      s/ William Stafford
                                      WILLIAM STAFFORD
                                      SENIOR UNITED STATES DISTRICT JUDGE